# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONALD P. FAUST, | : | No. 3:17cv1236 |
| Plaintiff | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | (Magistrate Judge Saporito) |
| NANCY A. BERRYHILL, | : | |
| Acting Commissioner of Social | : | |
| Security, | : | |
| Defendant | : | |

## ORDER

**AND NOW**, to wit, this 11th day of February 2019, it is **HEREBY ORDERED** as follows:

1. The plaintiff's objections to the Report and Recommendation (Doc. 16) are **GRANTED**;

2. The Report and Recommendation of Magistrate Judge Saporito (Doc. 13) is **NOT ADOPTED**;

3. The Commissioner's decision denying the plaintiff's claim for disability benefits is **REVERSED**;

4. The Clerk of Court is directed to enter **JUDGMENT** in favor of the plaintiff and against the defendant;

5. This case is **REMANDED** to the Commissioner for further proceedings consistent with this memorandum; and

6. The Clerk of Court is directed to **CLOSE** this case.

                              **BY THE COURT:**

                              **s/ James M. Munley**
                              **JUDGE JAMES M. MUNLEY**
                              **United States District Court**